JANUARY 5, 1999

No. A–547. MOODY v. RODRIGUEZ ET AL. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.

JANUARY 8, 1999

No. 97–1943. SUTTON ET AL. v. UNITED AIR LINES, INC. C. A. 10th Cir. Certiorari granted. Brief of petitioners is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, February 22, 1999. Brief of respondent is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Wednesday, March 24, 1999. A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, April 12, 1999. This Court's Rule 29.2 does not apply. ▮▮▮▮▮▮▮▮

No. 97–1992. MURPHY v. UNITED PARCEL SERVICE, INC. C. A. 10th Cir. Certiorari granted limited to Questions 1 and 4 presented by the petition. Brief of petitioner is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, February 22, 1999. Brief of respondent is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Wednesday, March 24, 1999. A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, April 12, 1999. This Court's Rule 29.2 does not apply. ▮▮▮▮▮▮▮